UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JAN 1 4 2011
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 11-mj-1008 |
| V. ) | USMJ GRIFFIN |
| ) | |
| JAMES RICHARD COFFELT ) | |

## UNITED STATES' MOTION TO SEAL
## CRIMINAL COMPLAINT/STATEMENT IN SUPPORT OF COMPLAINT/ ARREST WARRANT

The United States requests the criminal complaint, statement in support of complaint, and arrest warrant in this case be sealed until further order of the Court to safeguard the officers responsible for executing the arrest warrant against this defendant who is alleged to have committed multiple bank robberies in which he claimed to have a gun.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: s/ Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JULIET GRIFFIN
U.S. Magistrate Judge