**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 3:11-00036** |
| | ) | |
| **JAMES RICHARD COFFELT** | ) | |

## O R D E R

Defendant was arrested on October 14, 2014, pursuant to a warrant issued by the Honorable Aleta A. Trauger, following a report from the United States Probation Office that Defendant had violated the terms and conditions of his supervised release.

At the hearing, Defendant was advised of the alleged violations and his rights under Rule 32.1 of the Federal Rules of Criminal Procedure, and the Federal Public Defender was appointed to Defendant.

A probable cause hearing and a hearing concerning the issue of detention pursuant to Rules 32.1(b)(1) and 32.1(a)(6) of the Federal Rules of Criminal Procedure will be held on **October 20, 2014, at 1:00 p.m. before Magistrate Judge John S. Bryant.**

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge