IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00036 |
| | ) | Judge Trauger |
| | ) | |
| JAMES RICHARD COFFELT | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 64) on Wednesday, November 5, 2014, at 11:00 a.m.

It is so **ORDERED.**

Enter this 24th day of October 2014.

_____
ALETA A. TRAUGER
United States District Judge