IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00036 |
| | ) | JUDGE TRAUGER |
| JAMES RICHARD COFFELT | ) | |

## ORDER

Pending before the Court is a petition alleging that defendant James Richard Coffelt violated the terms of his supervised release. (Docket Entry 64). In open court, Mr. Coffelt admitted violating the conditions of his supervised release. The Court finds that Mr. Coffelt violated the terms of his supervision and his supervision is revoked.

The parties jointly propose that Mr. Coffelt serve five months imprisonment, with no further supervision to follow. The Court finds that this is an appropriate resolution.

The term of supervised release is revoked and defendant James Richard Coffelt shall serve five months imprisonment. This term of imprisonment shall run concurrently with any imprisonment imposed for Theft/Public Intoxication, (Warrant Numbers S58467, S58468, Complaint No. 14-14-15604) in Smyrna Municipal Court, Rutherford County, TN, and concurrently with any imprisonment imposed for Driving Under the Influence, Violation of Implied Consent and Driving on a Revoked License, Case No. 365-196, Rutherford County General Sessions Court.

No further term of federal supervision shall follow.

It is so ordered on this the 6th day of November, 2014.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE